## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>WINK LABS, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-01656-GMS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant, Wink Labs, Inc. ("Wink"), stipulate that all claims by Uniloc against Wink in the above-captioned action are dismissed without prejudice.

Date: June 21, 2018

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Daniel P. Murray (#5785)
O'KELLY ERNST & JOYCE, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 778-4000
Fax: (302) 295-2873
Email: sokelly@oelegal.com
Email: dmurray@oelegal.com

/s/ Thatcher A. Rahmeier
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Ph: (302) 467-4200
thatcher.rahmeier@dbr.com

Attorney for Wink Labs, Inc.

Of Counsel:

Paul J. Hayes
Massachusetts State Bar No. 227,000
James J. Foster
Massachusetts State Bar No. 553,285
Kevin Gannon
Massachusetts State Bar No. 640,931
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: jfoster@princelobel.com
Email: kgannon@princelobel.com

Attorneys for Plaintiffs

SO ORDERED, this 25th day of _____, 20\_\_

_____
UNITED STATES DISTRICT JUDGE